FILED
2019 DEC 11 PM 4:34
U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT
OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | (One Count) |
| | ) | |
| v. | ) | CAUSE NO: 3:19 CR 105 |
| | ) | |
| | ) | |
| JESSIE WADE RICHARDSON | ) | 18 U.S.C. § 875(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about November 13, 2019, in the Northern District of Indiana,

**JESSIE WADE RICHARDSON,**

defendant herein, knowingly and willfully transmitted in interstate commerce a communication, namely a telephone call to a FedEx facility in South Bend, and the communication contained a threat to injure FedEx employees, namely that there was a bomb in the building and he hoped the employees were ready to die.

All in violation of Title 18, United States Code, Section 875(c).

Dated: December 11, 2019

A TRUE BILL:

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

APPROVED BY:

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By: *s/ Molly E. Donnelly*
Molly E. Donnelly
Assistant United States Attorney