Lindzy Wise
1610 Robinson St.
South Bend, IN 46613


April 1st, 2020

To: The Honorable Judge

    I have known Jessie Richardson for about 16 years. In 2016 we became a couple and have been together ever since.  We now have two sons together Jessie Jr. and Brady Richardson.  We are also engaged to be married.  I know what he did was very serious but am truly hoping you will show him some leniency.

    Jessie has his faults but he truly is a good person who has changed a lot for the better.  He is an amazing father to our sons.  He is the main care giver to them so I am able to work full time.  He loves being a stay at home father.  His boys love that he's home with them all the time.  He plays and reads to them.  He makes all our meals. He's the cook in this family. The boys have really been struggling with him being gone.  He is also an amazing step parent to my other two children and has always treated them like his own kids from the day we got together.  He's there for school events and sporting events cheering them on to do their best. He helps them with homework and anything else they may need. Alot of time he has done more for them then their own fathers have.

    He has made mistakes in the past but after our first son was born 3 years ago he tried hard to make a lof of good life changes.  I have always stood by his side though everything. He's been trying hard to stop drinking and using drugs.  He's done well but has had some moments of weakness. Through everything though I have been there and supported him.

    He does everything for me and our family.  He is the main person who keeps our house together.  He takes care of the kids, cooks, cleans, and handles everyday things while trying hard to continue working on himself.

    His mom passes away in December 2015 while he was still incarcerated.  He has never truly dealt with the anger and pain from her passing.  She was his rock and the main person who was always there for him before we got together.  He was working on getting health insurance straightened out to be able to try and get into counseling to help him start dealing with the loss of his mom.

    Jessie was in the process of trying to get into out patient rehab so that he would still be able to care for our family while I work.  He made a mistake in the things he did and I really believe he has learned his lesson. He has owned the wrong he has done and

wants to be able to make things right and to be able to come home to me and most importantly our kids.

    I truly hope you will take this letter into consideration when deciding on his sentencing. His boys have been completely lost without him and just want their daddy home. I know he wants to do right by everyone and himself. And if he's home he will have lots of love and support to help him in doing so.

Thank you so much for taking the time to read this.

Lindzy Wise

April 01, 2020

To whom this may concern,

It is my pleasure to write this letter for my dear friend Jessie Richardson. I have Known Mr. Richardson for over 20 years, and I believe I can speak of his character and work ethic.

I meet Jessie in late 90's when he moved in with his aunt and uncles down the street from me.   His living arrangement would change between living his mothers that was in a rough are of town and other family members. He grew up with the knowledge that the world wouldn't give him anything and he would have to earn his way through life. He grew up doing odd jobs to make money from babysitting and mowing lawns to provide the want and needs that most kids take for granted.

Jessie has been the type of person that would give his shirt off his back and expect nothing in return. After I finished my military career, I moved back to Indiana and Jessie was one of the few that helped my wife and I move three hours south of Saint Joseph County.  Jessie did not ask for any money and paid his own way even though his resources were limited. He was always and continues to be there for my family when no one else would be.

Jessie has had past issues legally and personally; sometimes it involved alcohol, sometimes drugs. But I believe this is this the wakeup call he needed to get his life situated for his family and himself. Jessie and his fiancé have their issues and I believe court ordered counseling would be the most beneficial to the both of them.

I'm hopeful for you to consider this character letter on behalf of Jessie Richardson. He is a great guy inside and out as well as one of the most caring individuals. His family needs him especially his 4 children.

Thank you

James Newcomer

March 31, 2020

Character Reference: Jesse W. Richardson

It is a great pleasure for me to be able to write a character reference on behalf of Jesse W. Richardson whom I have known as a friend and most importantly an extended part of our family for five years.

I first met Jesse in 2015 with the presence of my husband and his friends. My husband and Jesse have known each other since they were little kids. He immediately introduced himself as well as made me feel completely welcome. He automatically took my son and I under his wing as a part of his family.

In the time I have known Jesse, it's not hard to tell that he has a huge heart of gold. He means no ill towards others and is always willing to help, even if he has more things on this plate than he can handle. For an example, My Grandfather needed to have a deck built on the side of his house as a wheelchair access point. Jesse offered to help without any hesitation, even though he had a job with roofing which he was consistanly busy with. He was there as soon as the sun came up and as soon as it set. My Grandfather offered to pay him and without any hesistaion he simply refused.

Jesse is both hard working and highly dedicated to his family and work ethic professionally and personally. Jesse is also involved in a lot of his step-daughters extra curricular activities which I'm sure means the world to them since he is the "father they have never had." His sons look up to their dad and love him unconditionally. They have learned so much from him already.

As for Jesse and his Fiancee Lindzy Wise; they are your high school sweethearts who have trust issues, fight like crazy but love like no other. They both realize they need conseling in order to better themselves and their family.  They may not have the perfect relationship but they make a good team and treat each of their kids equally.

 I know Jesse has had a rough time in life and has been consistantly in and out of the system. He may have not done things the right way but he is trying. He's had an issue with alcohol which he admits and is willing to change for the better. He isn't hateful, he doesn't make excues for his actions, and always willing to take the advice of others.

When we heard about his current charge, my husband and I were in complete shock. This is totally out of character for Jesse. He would never hurt anyone.

As a friend; and my brother, Jesse W. Richardon is simply the best. He is honest, loyal, thoughtful of others and very supportive.

Please take this letter into consideration of Jesse W. Richardson's character as for the possiblity of releasing him home to his family. We need him just as much as he needs us.

Thank you for your time,

Amanda Leighty-Newcomer

# Lori Hudson

**From:** Cory Smith <cr5788s@gmail.com>
**Sent:** Wednesday, April 8, 2020 11:36 AM
**To:** Lori Hudson
**Subject:** Fwd: character letter for Jessie Richardson

---------- Forwarded message ---------
From: **Cory Smith** <cr5788s@gmail.com>
Date: Tue, Apr 7, 2020, 12:48 PM
Subject: Fwd: character letter for Jessie Richardson
To: <dpjones@nikj.com>

---------- Forwarded message ---------
From: **Cory Smith** <cr5788s@gmail.com>
Date: Wed, Apr 1, 2020, 3:54 PM
Subject: character letter for Jessie Richardson
To: <dpjones@nikj.com>

I've known Jessie and his family since I was ten years old he's been my older brother my protector to say the least and as we've grown up some things have changed but the one thing that hasn't is my trust for him I trust him with my life with my kid's life and when ever i'v needed him he's always been the for my family and I mean if it's 20.00 for gas or I can't get shoes for my kids he's there to help me out with out question and most of the time it's his last 20.00 in his pocket.  In this instance he mad a bad choice he meant no harm and I know it doesn't condone what he did  but what I would like the judge to consider is taking him away from his 2 sons and two stepdaughters the best thing I know he lives for his kids and would give his life for his kids and mine without thinking twice about it just like I would for his and mine  I can tell you nobody feels more regret then he does right now  his oldest son jesse jr has had to make the biggest adjustment to not seeing his dad on a daily basis and it hasn't been easy  he's only 3 . now I understand nobody forced him to do this  and in some way he needs to pay for  this but is taking him away from his family does the punishment fit the crime I think this does more harm then good for everybody  involved. I truly believe that he deserves a chance to serve his time under house arrest   he doesn't deserve prison time   his kids miss time with their dad and he misses time and milestones that every dad should be apart of  but if  he's at home he's with his kids  and it allows his future wife to work full time and not have to worry about daycare.   All I'm asking is for the courts to consider other options that don't involve prison he's not a flight risk and hell  he's a very good handyman knows how to fix almost anything   i'm asking that he's given a second chance thank you

1